ABF Freight System, Inc. *v.* Edward Ochman
(8985)

Dupont, C. J., Spallone and Heiman, Js.

Argued January 15—decision released February 19, 1991

*Gregory P. Lynch,* with whom, on the brief, was *Brian Rockwell,* legal intern, for the appellant (defendant).

*Richard J. Shapiro,* for the appellee (plaintiff).

Per Curiam. This appeal, in essence, constitutes a challenge directed to the factfinding and discretionary powers of the trial court.

Our review of the record, transcripts and briefs fails to disclose that the factual findings of the trial court are clearly erroneous in view of the evidence and pleadings in the whole record, or that the decision is otherwise erroneous in law. Practice Book § 4061.

The judgment is affirmed.